# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYLER BAYER, individually and on behalf of all others similarly situated, | ) ) ) | Case No. |
| | ) | 8:18-cv-00408-AG-JDE |
| Plaintiff, | ) ) | |
| | ) | **Order** |
| vs. | ) | |
| SPECIALTY GRAPHICS, INC., | ) | |
| and DOES 1 through 10, inclusive, | ) | |
| and each of them, | ) | |
| | ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 13th day of August

_____
Honorable Judge of the District Court
Andrew J Guilford